IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ANITA MINK, AS HEIR AND
BENEFICIARY OF MAX CRAIG MINK                                           PLAINTIFF

V.                                        CIVIL ACTION NO. 1:14-CV-9-SA-DAS

BANK OF AMERICA, N.A.,
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PA, AND JOHN DOE 1                                       DEFENDANT

## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS DAY this cause came on to be heard on motion of the Plaintiff, Anita Mink, to dismiss all claims of Plaintiff asserted against Defendants, National Union Fire Insurance Company of Pittsburgh, PA, and Bank of America, N.A., in the above styled and numbered cause with prejudice, and the Court having heard and considered said motion, and having found that this cause has been compromised and settled, the Plaintiff having received full accord and satisfaction of all causes of action against the Defendants, this Court is of the opinion that this motion is well taken and should be and is hereby sustained.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the above styled and numbered cause shall be and is hereby dismissed with prejudice.

**SO ORDERED AND ADJUDGED,** this the 12th day of November, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Sharion Aycock
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

AGREED:

 *s/James Roger Franks, Jr.*
James Roger Franks, Jr. (MB #100156)
Attorney for Plaintiff

 *s/William H. Creel, Jr.*
Edward J. Currie, Jr. (MB #5546)
William H. Creel, Jr. (MB #8673)
Joseph W. Gill (MB #102606)
Attorneys for Defendants